# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HOME INSTEAD INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV437 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **MARWAN HADDAD, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's response (Filing No. 8) to the court's August 24, 2006 show cause order (Filing No. 7). The plaintiff requests that the case not be dismissed for failure to prosecute although the defendant has been served and counsel has entered an appearance, but the defendant has not filed an answer. The plaintiff requests additional time, until October 2, 2006, to attempt to negotiate a settlement. Upon consideration,

**IT IS ORDERED:**

The plaintiff shall have **until October 10, 2006**, to show cause why this case should not be dismissed for failure to prosecute, or otherwise resolve the matter.

Dated this 31st day of August, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge