IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOME INSTEAD, | ) | |
| Plaintiff, | ) | 8:06CV437 |
| v. | ) | |
| MARWAN HADDAD, and AMERICAN COMPANION CARE, | ) | ORDER OF DISMISSAL |
| Defendants. | ) | |

The matter before the court is the plaintiff's motion to dismiss with prejudice. Filing No. 10. The court finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to FED. R. CIV. P. 41(a), the plaintiff's cause of action against the defendants is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 7th day of September, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge